# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRANDIN LEE JOHNSON,<br><br>　　　　Plaintiff<br><br>v.<br><br>STEVEN ROSE,<br><br>　　　　Defendant | Case No.: 2:20-cv-00776-APG-VCF<br><br>**Order Accepting Report and Recommendation and Dismissing Case**<br><br>[ECF No. 7] |

On September 29, 2020, Magistrate Judge Ferenbach recommended that I dismiss this case because plaintiff Brandin Lee Johnson did not pay the filing fee or file an in forma pauperis application and because Johnson has not maintained a current address with the court. Johnson did not file an objection. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Ferenbach's report and recommendation **(ECF No. 7) is accepted**. Plaintiff Brandin Lee Johnson's complaint (ECF No. 1-1) is DISMISSED without prejudice. The clerk of court is instructed to close this case.

DATED this 26th day of October, 2020.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE